# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 11, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Maura D. Corrigan
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly,
Justices

142041(4)

_____

IN RE CERTIFIED QUESTION FROM
THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

SC:    142041
Civil Action #03-4558 (GEB)
MDL #1687

_____

IN RE FORD MOTOR CO. E-350 VAN
PRODUCTS LIABILITY LITIGATION (NO. II)

_____

   On order of the Chief Justice, the motion for temporary admission to practice of Kevin P. Roddy is considered and it is granted.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 11, 2011

_____
Clerk